USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___6/5/2026___

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| ANNA FRIEMOTH, an individual, <br><br> Plaintiff, <br><br>     v. <br><br> IBTIMES LLC, a New York corporation; IBT MEDIA INC., a New York corporation; and DOES 1-10, <br><br> Defendants. | Case No.: 1:25-cv-04111-VM <br><br> **DEFAULT JUDGMENT** |

ORDER:

The Court, having considered Plaintiff's Motion for Default Judgment Against

Defendants, IBTimes, LLC and IBT Media, Inc. and for good cause shown, HEREBY GRANTS

the Motion and ORDERS as follows:

1. Judgment is entered in favor of Anna Friemoth and against IBTimes, LLC and IBT

   Media, Inc. for copyright infringement and violation of 17 U.S.C. § 1202;

2. Defendants, IBTimes, LLC and IBT Media, Inc. are liable to Anna Friemoth for

   damages in the amount of $280,000.00 or _____, accounting for $30,000.00

   or _____ in statutory damages for copyright infringement, and $250,000.00

   or _____ in statutory damages for violation of 17 U.S.C. § 1202;

3. Defendants, IBTimes, LLC and IBT Media, Inc., are liable to Anna Friemoth for

   attorney's fees in the amount of $2,992.50 or _____ and costs in the amount

   of $1,174.87 or _____.

**<u>SO ORDERED.</u>**

Dated:    June 5, 2026                    By:    _____

                                                 Honorable Victor Marrero
                                                 U.S. District Judge

1

DEFAULT JUDGMENT